FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE MARRA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GERALD RAMSEY, a married person also known as Jerry, JANE DOE RAMSEY, a married person, and CCR WENATCHEE III LLC, a foreign limited liability company,<br><br>　　　　　　　Defendants. | No.　2:21-cv-00182-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 21, 2022, the parties filed a stipulated dismissal, ECF No. 22. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

　　**1.**　The parties' Stipulated Motion to Dismiss with Prejudice and Proposed Order, **ECF No. 22**, is **GRANTED**.

　　**2.**　All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

　　**3.**　All pending motions are **DENIED AS MOOT**.

　　**4.**　All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

//

//

//

**5.**    The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2